JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURREL WAYNE VAILES JR., | Case No. 5:25-cv-00766-MCS-GJS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| V. VALADEZ, | |
| Defendant. | |

 Pursuant to this Court's Order Dismissing Case and Denying Request to Proceed without Prepayment of Filing Fees, it is ordered, adjudged, and decreed that the complaint is dismissed in its entirety. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: April 9, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1